UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYTEDANCE INC. and TIKTOK INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ADVANCED CODING TECHNOLOGIES LLC, ANJAY TECHNOLOGY PARTNERS LLC, ANJAY VENTURE PARTNERS LLC, and DEEPAK SHARMA, <br><br> Defendant(s). | Case No. 4:23-cv-1412-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Ricardo J. Bonilla, an active member in good standing of the bar of State of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ByteDance Inc. and TikTok Inc. in the above-entitled action. My local co-counsel in this case is Michael R. Headley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 220834.

| | |
|---|---|
| Fish & Richardson P.C., 1717 Main St., Ste. 5000 Dallas, TX 75201 | Fish & Richardson P.C., 500 Arguello St., Ste. 400 Redwood City, CA 94063 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (214) 747-5070 | (650) 839-5070 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rbonilla@fr.com | headley@fr.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24082704.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 3 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/13/23

Ricardo J. Bonilla
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ricardo J. Bonilla is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/26/2023

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Ricardo Joel Bonilla**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2012.

I further certify that the records of this office show that, as of this date

**Ricardo Joel Bonilla**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 10th day of March, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5955C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.