UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BYTEDANCE INC. AND TIK,

   Plaintiff(s),

v.

ADVANCED CODING TECH,

   Defendant(s).

Case No. 4:23-cv-01412-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Joseph Mercadante, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Advanced Coding Technologies, LLC, et al. in the above-entitled action. My local co-counsel in this case is Benjamin T. Wang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 228712.

Fabricant LLP
411 Theodore Fremd Ave, Suite 206
South Rye, NY 10580
MY ADDRESS OF RECORD

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 257-5797
MY TELEPHONE # OF RECORD

(310) 826-7474
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jmercadante@fabricantllp.com
MY EMAIL ADDRESS OF RECORD

bwang@raklaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4784930.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3 Rules. I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: 5/12/23                                        Joseph Mercadante
                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of  Joseph Mercadante   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  6/2/2023

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Joseph Michael Mercadante

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 6, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on May 10, 2023.

*Clerk of the Court*

CertID-00118787