| | |
|---|---|
| Michael R. Headley (SBN 220834)<br>headley@fr.com<br>Jeanel N. Sunga (SBN 333815)<br>sunga@fr.com<br>**FISH & RICHARDSON P.C.**<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>*Additional attorneys on signature page*<br><br>Attorneys for Plaintiffs<br>*BYTEDANCE INC. and TIKTOK INC.* | Alfred R. Fabricant (*Admitted pro hac vice*)<br>afabricant@fabricantllp.com<br>Peter Lambrianakos (*Admitted pro hac vice*)<br>plambrianakos@fabricantllp.com<br>Vincent J. Rubino, III (*Admitted pro hac vice*)<br>vrubino@fabricantllp.com<br>Enrique Iturralde (*Admitted pro hac vice*)<br>eiturralde@fabricantllp.com<br>Amy Park (*Admitted pro hac vice*)<br>apark@fabricantllp.com<br>Joseph Mercadante (*Admitted pro hac vice*)<br>jmercadante@fabricantllp.com<br>**FABRICANT LLP**<br>411 Theodore Fremd Road, Ste. 206 South<br>Rye, New York 10580<br>Telephone: (212) 257-5797<br>Facsimile:  (212) 257-5796<br><br>*Additional attorneys on signature page*<br><br>Attorneys for Defendants<br>*ADVANCED CODING TECHNOLOGIES LLC, ANJAY TECHNOLOGY PARTNERS LLC, ANJAY VENTURE PARTNERS LLC,*<br> *and DEEPAK SHARMA* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYTEDANCE INC. AND TIKTOK INC.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>ADVANCED CODING TECHNOLOGIES LLC, ANJAY TECHNOLOGY PARTNERS LLC, ANJAY VENTURE PARTNERS LLC, and DEEPAK SHARMA,<br><br>                    Defendants. | Case No. 4:23-cv-1412-HSG<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING ON MOTION TO DISMISS**<br><br>DEMAND FOR JURY TRIAL |

Pursuant to Civil L.R. 6-1 and 6-2, as supported by the declaration of Jeanel N. Sunga, filed herewith, Plaintiffs, ByteDance Inc. and TikTok Inc., and Defendants, Advanced Coding Technologies LLC, Anjay Technology Partners LLC, Anjay Venture Partners LLC, and Deepak Sharma, hereby stipulate to extend the time for Plaintiffs to serve their opposition to Defendants' Motion to Dismiss Complaint for Declaratory Judgment, based on the following facts:

1. Plaintiffs filed their Complaint against Defendants on March 24, 2023. (Dkt. No. 1.)

2. On June 2, 2023, Defendants filed their Motion to Dismiss. (Dkt. No. 38.)

3. On June 5, 2023, the Court issued a notice regarding the briefing schedule for the motion. (Dkt. No. 39.) The Court's briefing schedule provided that the Plaintiffs' response is due on June 16, 2023, Defendants' Reply is due on June 23, 2023, and the hearing on the Defendants' motion is set for argument on July 27, 2023. (*Id.*)

4. As set forth in the accompanying Declaration of Jeanel N. Sunga, good cause exists for the stipulated extension because in light of other competing deadlines, it will allow Plaintiffs' counsel sufficient time to evaluate the issues and the parties' positions regarding the motion. Therefore, on June 6, 2023, Plaintiffs asked whether Defendants would oppose a one-week extension (from June 16, 2023 to June 23, 2023) for Plaintiffs to file their response to Defendants' Motion to Dismiss. On June 9, 2023, Defendants agreed to the extension for Plaintiffs' response.

5. The parties agree that all other dates in the schedule will remain unchanged.

Accordingly, the parties stipulate, subject to the Court's approval, that good cause exists for the extension and that the deadline for Plaintiffs to serve their opposition to Defendants' Motion to Dismiss is extended by one week to June 23, 2023 and accordingly, Defendants' reply is due June 30, 2023.

There has been one previous extension in this case: Stipulation to Extend Time to Respond to the Initial Complaint. (Dkt. No. 16.)

| | | |
|---|---|---|
| Dated: June 9, 2023 | | FISH & RICHARDSON P.C. |
| | By: | */s/ Jeanel N. Sunga* |
| | | Jeanel N. Sunga |
| | | Attorney for Plaintiffs |
| | | BYTEDANCE INC. AND TIKTOK INC. |
| Dated: June 9, 2023 | | FABRICANT LLP |
| | By: | */s/ Joseph Mercadante* |
| | | Joseph Mercadante |
| | | Attorney for Defendants |
| | | ADVANCED CODING TECHNOLOGIES LLC, ANJAY TECHNOLOGY PARTNERS LLC, ANJAY VENTURE PARTNERS LLC, and DEEPAK SHARMA |

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Jeanel N. Sunga*
Jeanel N. Sunga

*Additional Counsel:*

Ricardo J. Bonilla (*Admitted pro hac vice*)
*rbonilla@fr.com*
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX  75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Adam J. Kessel (*Admitted pro hac vice*)
*kessel@fr.com*
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210

Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

**Attorneys for Plaintiffs**
***BYTEDANCE INC. and TIKTOK INC.***

Benjamin T. Wang (SBN 228712)
*bwang@raklaw.com*
Minna Y. Chan (SBN 305941)
*mchan@raklaw.com*
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-9226

**Attorneys for Defendants**
***ADVANCED CODING TECHNOLOGIES LLC,
ANJAY TECHNOLOGY PARTNERS LLC,
ANJAY VENTURE PARTNERS LLC,
and DEEPAK SHARMA***

**ORDER**

BEFORE the Court is the parties' Stipulation Extending Time for Briefing on Motion to Dismiss. Pursuant to the stipulation, the Court hereby GRANTS the stipulation and EXTENDS the deadline for Plaintiffs to serve their response to Defendants' Motion to Dismiss from June 16, 2023 to June 23, 2023, and accordingly, the deadline for Defendants to serve their reply is June 30, 2023.

**SO ORDERED**.

Dated: 6/12/2023

_____
Honorable Haywood S. Gilliam, Jr.
UNITED STATE DISTRICT COURT JUDGE