RUSS AUGUST & KABAT

Michael R. Headley (SBN 220834)
headley@fr.com
Jeanel N. Sunga (SBN 333815)
sunga@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

*Additional attorneys on signature page*

*Attorneys for Plaintiffs*
BYTEDANCE INC. *and* TIKTOK INC.

Alfred R. Fabricant (*Admitted pro hac vice*)
ffabricant@fabricantllp.com
Peter Lambrianakos (*Admitted pro hac vice*)
plambrianakos@fabricantllp.com
Vincent J. Rubino, III (*Admitted pro hac vice*)
vrubino@fabricantllp.com
Joseph M. Mercadante (*Admitted pro hac vice*)
jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*Additional attorneys on signature page*

*Attorneys for Defendants*
ADVANCED CODING TECHNOLOGIES
LLC, ANJAY TECHNOLOGY PARTNERS
LLC, ANJAY VENTURE PARTNERS LLC,
*and* DEEPAK SHARMA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BYTEDANCE INC. AND TIKTOK INC., | Case No. 4:23-cv-01412-HSG |
| *Plaintiffs*, | **STIPULATION AND ORDER TO EXPEDITE TIME AND MODIFY BRIEFING ON MOTION TO STAY JURISDICTIONAL DISCOVERY (as modified)** |
| v. | |
| ADVANCED CODING TECHNOLOGIES LLC, ANJAY TECHNOLOGY PARTNERS LLC, ANJAY VENTURE PARTNERS LLC, AND DEEPAK SHARMA, | |
| *Defendants*. | |

RUSS AUGUST & KABAT

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, as supported by the declaration of Alfred R. Fabricant, filed herewith, Plaintiffs ByteDance Inc. and TikTok Inc. (collectively, "Plaintiffs") and Defendants Advanced Coding Technologies LLC, Anjay Technology Partners LLC, Anjay Venture Partners LLC, and Deepak Sharma (collectively, "Defendants") (Plaintiffs and Defendants collectively, "Parties") hereby stipulate to shorten the time for Plaintiffs to serve their opposition to Defendants' Motion to Stay Jurisdictional Discovery ("Motion to Quash") and modify briefing on the Motion to Quash, based on the following facts:

1. Plaintiffs filed their Complaint against Defendants on March 24, 2023. Dkt. No. 1.

2. On June 2, 2023, Defendants filed their Motion to Dismiss. Dkt. No. 38.

3. On June 5, 2023, the Court issued a notice regarding the briefing schedule for the motion. Dkt. No. 39. The Court's briefing schedule provided that the Plaintiffs' response is due on June 16, 2023, Defendants' Reply is due on June 23, 2023, and the hearing on the Defendants' motion is set for argument on July 27, 2023. *Id.*

4. On June 9, 2023, Parties stipulated to extend Plaintiffs' response to June 23, 2023, and push all other briefing deadlines by one week. Dkt. No. 43.

5. On June 23, 2023, Plaintiffs filed their opposition to Defendants' Motion to Dismiss. Dkt. No. 49.

6. On June 30, 2023, Defendants filed their reply to their Motion to Dismiss. Dkt. No. 52.

7. As set forth in the accompanying Declaration of Alfred R. Fabricant, good cause exists for the stipulated shortening and modification because in light of other competing deadlines, it will be the best use of Parties' and the Court's time and resources to hear arguments on the Motion to Quash concurrently with arguments on Defendants' Motion to Dismiss on July 27, 2023.

8. Therefore, on June 29, 2023, Defendants asked whether Plaintiffs would oppose expediting the briefing (from July 14, 2023, to July 10, 2023) for Plaintiffs to file their opposition to Defendants' Motion to Quash and to complete briefing without a reply and objection to reply evidence. The same day, Plaintiffs agreed to expediting their opposition and modifying briefing.

1

STIPULATION AND ORDER TO EXPEDITE TIME AND MODIFY BRIEFING ON
MOTION TO STAY JURISDICTIONAL DISCOVERY, Case No. 4:23-cv-01412-HSG

1      9.   Parties agree that all other dates in the schedule will remain unchanged.

2          Accordingly, Parties stipulate, subject to the Court's approval, that good cause exists to

3  expedite and modify briefing. After Plaintiffs file their opposition to the Motion to Quash on July

4  10, 2023, briefing will be complete. There will be no reply and potential objection to reply evidence.

5  Arguments for the Motion to Quash will occur on July 27, 2023, at 2:00pm simultaneously with

6  arguments regarding Defendants' Motion to Dismiss.

7          There have been two previous extensions in this case: Stipulation to Extend Time to Respond

8  to the Initial Complaint (Dkt. No. 16.) and Stipulation to Extend Time for Briefing on the Motion

9  to Dismiss (Dkt. No. 43).

10

11   DATED: June 30, 2023                Respectfully submitted,

12                                       **RUSS AUGUST & KABAT**

13                                       By:  */s/ Benjamin T. Wang*
                                              Benjamin T. Wang
14
                                         *Attorney for Defendants*
15                                       ADVANCED CODING
                                         TECHNOLOGIES LLC, ANJAY
16                                       TECHNOLOGY PARTNERS LLC,
                                         ANJAY VENTURE PARTNERS LLC,
17                                       and DEEPAK SHARMA

18   DATED: June 30, 2023                **FISH & RICHARDSON P.C.**
19
                                         By:  */s/ Ricardo J. Bonilla*
20                                            Ricardo J. Bonilla

21                                       *Attorney for Plaintiffs*
                                         BYTEDANCE INC. and TIKTOK INC.
22

23          **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

24          In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

25  document has been obtained from any other signatory to this document.

26
                                         By:   */s/ Benjamin T. Wang*
27                                             Benjamin T. Wang

28

RUSS AUGUST & KABAT

*Additional Counsel:*

Benjamin T. Wang (CA SBN 228712)
*bwang@raklaw.com*
Minna Y. Chan (CA SBN 305941)
*mchan@raklaw.com*
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorney for Defendants*
ADVANCED CODING
TECHNOLOGIES LLC, ANJAY
TECHNOLOGY PARTNERS LLC,
ANJAY VENTURE PARTNERS LLC,
*and* DEEPAK SHARMA

Ricardo J. Bonilla (*Admitted pro hac vice*)
*rbonilla@fr.com*
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX  75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Adam J. Kessel (*Admitted pro hac vice*)
*kessel@fr.com*
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

*Attorneys for Plaintiffs*
BYTEDANCE INC. *and* TIKTOK INC.

3

RUSS AUGUST & KABAT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

BEFORE the Court is the parties' Stipulation to Expedite Time and Modify Briefing on Motion to Stay Jurisdictional Discovery. Pursuant to the stipulation, the Court hereby GRANTS the stipulation, SHORTENS the deadline for Plaintiffs to serve their response to Defendants' Motion to Stay Jurisdictional Discovery from July 14, 2023 to July 10, 2023, and MODIFIES briefing on Defendants' Motion to Stay Jurisdictional Discovery to complete briefing after Plaintiffs' response on July 10, 2023. A hearing on the Motion to Stay will occur on July 27, 2023, at 2:00pm alongside the hearing on Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

DATED:    7/3/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge