1  Michael R. Headley (SBN 220834)
   *headley@fr.com*
2  Jeanel N. Sunga (SBN 333815)
   *sunga@fr.com*
3  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 400
4  Redwood City, CA 94063
   Telephone: (650) 839-5070
5  Facsimile:  (650) 839-5071

6  *Additional attorneys on signature page*

7  Attorneys for Plaintiffs
   *BYTEDANCE INC. and TIKTOK INC.*

8

9

10

Alfred R. Fabricant (*Admitted pro hac vice*)
*afabricant@fabricantllp.com*
Peter Lambrianakos (*Admitted pro hac vice*)
*plambrianakos@fabricantllp.com*
Vincent J. Rubino, III (*Admitted pro hac vice*)
*vrubino@fabricantllp.com*
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206
South Rye, New York 10580
Telephone: (212) 257-5797
Facsimile:  (212) 257-5796

*Additional attorneys on signature page*

Attorneys for Defendants
*ADVANCED CODING TECHNOLOGIES
LLC, ANJAY TECHNOLOGY PARTNERS
LLC, ANJAY VENTURE PARTNERS LLC,
and DEEPAK SHARMA*

11

12               UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15  BYTEDANCE INC. AND TIKTOK INC.,

16               Plaintiffs,

17      v.

18  ADVANCED CODING TECHNOLOGIES LLC,
    ANJAY TECHNOLOGY PARTNERS LLC,
19  ANJAY VENTURE PARTNERS LLC, and
    DEEPAK SHARMA,
20

21               Defendant.

Case No. 4:23-cv-1412-HSG

**STIPULATION AND ORDER
EXTENDING TIME FOR
BRIEFING ON MOTION TO STAY
JURISDICTIONAL DISCOVERY**

DEMAND FOR JURY TRIAL

22

23        Pursuant to Civil L.R. 6-1 and 6-2, as supported by the declaration of Jeanel N. Sunga,

24  filed herewith, Plaintiffs, ByteDance Inc. and TikTok Inc., and Defendants, Advanced Coding

25  Technologies LLC, Anjay Technology Partners LLC, Anjay Venture Partners LLC, and Deepak

26  Sharma, hereby stipulate to extend the time for Plaintiffs to file their opposition to Defendants'

27  Motion to Stay Jurisdictional Discovery, based on the following facts:

28
                                          1        STIPULATION AND ORDER EXTENDING TIME FOR
                                                   BRIEFING ON MOTION TO STAY JURISDICTIONAL
                                                   DISCOVERY
                                                   Case No. 4:23-cv-1412-HSG

1.    On March 24, 2023, Plaintiffs filed their Complaint against Defendants. (Dkt. No. 1.)

2.    On June 19, 2023, Plaintiffs served Defendants with their First Set of Venue Requests for Production and First Set of Venue Interrogatories.

3.    On June 30, 2023, Defendants filed their Motion to Stay Jurisdictional Discovery. (Dkt. No. 56.)

4.    On July 3, 2023, the Court issued an Order regarding the briefing schedule for the motion. (Dkt. No. 59.)  The Court granted the parties' stipulation to modify the briefing schedule on the motion to stay jurisdictional discovery, which provided that the Plaintiffs' response is due on July 10, 2023, and the hearing on the Defendants' motion is set for argument on July 27, 2023.

5.    As set forth in the accompanying Declaration of Jeanel N. Sunga, good cause exists for the stipulated extension because, in light of other competing deadlines and the intervening Fourth of July holiday, it will allow Plaintiffs' counsel sufficient time to evaluate the issues and the parties' positions regarding the motion.  Therefore, on July 7, 2023, Plaintiffs asked whether Defendants would oppose a three-day extension (from July 10, 2023, to July 13, 2023) for Plaintiffs to file their response to Defendants' Motion to Stay Jurisdictional Discovery.  On July 7, 2023, Defendants confirmed they do not oppose the extension for Plaintiffs' response.

6.    The parties agree that all other dates in the schedule will remain unchanged.

Accordingly, the parties stipulate, subject to the Court's approval, that good cause exists for the extension and that the deadline for Plaintiffs to file their opposition to Defendants' Motion to Stay Jurisdictional Discovery is extended by three days to July 13, 2023.

There have been two previous extensions in this case: Stipulation to Extend Time to Respond to the Initial Complaint. (Dkt. No. 16) and Stipulation to Extend the Time for Briefing on the Motion to Dismiss (Dkt. No. 43).

STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING ON MOTION TO STAY JURISDICTIONAL DISCOVERY
Case No. 4:23-cv-1412-HSG

1   Dated:  July 10, 2023                         FISH & RICHARDSON P.C.

2

3                                                 By:  /s/ Jeanel N. Sunga
                                                       Jeanel N. Sunga
4

5                                                 Attorney for Plaintiffs
                                                  BYTEDANCE INC. and TIKTOK INC.
6

7   Dated:  July 10, 2023                         RUSS AUGUST & KABAT

8

9                                                 By:  /s/ Benjamin T. Wang
                                                       Benjamin T. Wang
10

11                                                Attorney for Defendants
                                                  ADVANCED CODING TECHNOLOGIES
                                                  LLC, ANJAY TECHNOLOGY PARTNERS
12                                                LLC, ANJAY VENTURE PARTNERS LLC,
                                                  and DEEPAK SHARMA
13

14
                      **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**
15
            In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
16
    document has been obtained from any other signatory to this document.
17

18
                                                  /s/ Jeanel N. Sunga
19                                                Jeanel N. Sunga

20

21  Additional Counsel:

22  Ricardo J. Bonilla (*Admitted pro hac vice*)
    rbonilla@fr.com
23  **FISH & RICHARDON P.C.**
    1717 Main Street, Suite 5000
24  Dallas, TX  75201
    Telephone: (214) 747-5070
25  Facsimile:  (214) 747-2091

26  Adam J. Kessel (*Admitted pro hac vice*)
    kessel@fr.com
27  **FISH & RICHARDSON P.C.**
    One Marina Park Drive

28                                      3          STIPULATION AND ORDER EXTENDING TIME FOR
                                                   BRIEFING ON MOTION TO STAY JURISDICTIONAL
                                                   DISCOVERY
                                                   Case No. 4:23-cv-1412-HSG

Boston, MA 02210
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

**Attorneys for Plaintiffs**
*BYTEDANCE INC. and TIKTOK INC.*

Benjamin T. Wang (CA SBN 228712)
*bwang@raklaw.com*
Minna Y. Chan (CA SBN 305941)
*mchan@raklaw.com*
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-9226

**Attorneys for Defendants**
*ADVANCED CODING TECHNOLOGIES LLC,*
*ANJAY TECHNOLOGY PARTNERS LLC,*
*ANJAY VENTURE PARTNERS LLC,*
*and DEEPAK SHARMA*

4

1

## **ORDER**

2

      BEFORE the Court is the parties' Stipulation Extending Time for Briefing on Motion to

3

Stay Jurisdictional Discovery.  Pursuant to the stipulation, the Court hereby GRANTS the

4

stipulation, extending the deadline for Plaintiffs to serve their response to Defendants' Motion to

5

Stay Jurisdictional Discovery from July 10, 2023 to July 13, 2023.

6

      **IT IS SO ORDERED.**

7

8

Dated: 7/10/2023

Honorable Haywood S. Gilliam, Jr.

9

UNITED STATE DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME FOR
BRIEFING ON MOTION TO STAY JURISDICTIONAL
DISCOVERY
Case No. 4:23-cv-1412-HSG