| | |
|---|---|
| Michael R. Headley (SBN 220834) | Alfred R. Fabricant (*Admitted pro hac vice*) |
| headley@fr.com | afabricant@fabricantllp.com |
| FISH & RICHARDSON P.C. | Peter Lambrianakos (*Admitted pro hac vice*) |
| 500 Arguello Street, Suite 400 | plambrianakos@fabricantllp.com |
| Redwood City, CA 94063 | Vincent J. Rubino, III (*Admitted pro hac vice*) |
| Telephone: (650) 839-5070 | vrubino@fabricantllp.com |
| Facsimile:  (650) 839-5071 | **FABRICANT LLP** |
| | 411 Theodore Fremd Avenue, Suite 206 |
| *Additional attorneys on signature page* | South Rye, New York 10580 |
| | Telephone: (212) 257-5797 |
| Attorneys for Plaintiffs | Facsimile:  (212) 257-5796 |
| *BYTEDANCE INC. and TIKTOK INC.* | |
| | *Additional attorneys on signature page* |
| | |
| | Attorneys for Defendants |
| | *ADVANCED CODING TECHNOLOGIES LLC, ANJAY TECHNOLOGY PARTNERS LLC, ANJAY VENTURE PARTNERS LLC, and DEEPAK SHARMA* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYTEDANCE INC. AND TIKTOK INC., | Case No. 4:23-cv-1412-HSG |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| ADVANCED CODING TECHNOLOGIES LLC, ANJAY TECHNOLOGY PARTNERS LLC, ANJAY VENTURE PARTNERS LLC, and DEEPAK SHARMA, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs ByteDance Inc. and TikTok Inc. ("Plaintiffs"), and Defendants Advanced Coding Technologies LLC, Anjay Technology Partners LLC, Anjay Venture Partners LLC, and Deepak Sharma ("Defendants"), through their attorneys of record, hereby stipulate to the dismissal without prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own fees and costs.

Dated: September 25, 2023                FISH & RICHARDSON P.C.

                                         By: /s/ Ricardo J. Bonilla
                                             Ricardo J. Bonilla

                                         Attorney for Plaintiffs
                                         BYTEDANCE INC. and TIKTOK INC.

Dated: September 25, 2023                RUSS AUGUST & KABAT

                                         By: /s/ Benjamin T. Wang
                                             Benjamin T. Wang

                                         Attorney for Defendants
                                         ADVANCED CODING TECHNOLOGIES LLC, ANJAY TECHNOLOGY PARTNERS LLC, ANJAY VENTURE PARTNERS LLC, and DEEPAK SHARMA

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                         /s/ Ricardo J. Bonilla
                                         Ricardo J. Bonilla

Additional Counsel:

Ricardo J. Bonilla (*Admitted pro hac vice*)
*rbonilla@fr.com*
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX  75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Adam J. Kessel (*Admitted pro hac vice*)
*kessel@fr.com*
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

**Attorneys for Plaintiffs**
***BYTEDANCE INC. and TIKTOK INC.***

Benjamin T. Wang (CA SBN 228712)
*bwang@raklaw.com*
Minna Y. Chan (CA SBN 305941)
*mchan@raklaw.com*
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-9226

**Attorneys for Defendants**
***ADVANCED CODING TECHNOLOGIES LLC,***
***ANJAY TECHNOLOGY PARTNERS LLC,***
***ANJAY VENTURE PARTNERS LLC,***
***and DEEPAK SHARMA***

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated: 9/25/2023

Honorable Haywood S. Gilliam, Jr.
UNITED STATE DISTRICT COURT JUDGE